UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN A. ROCCHIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1-20-cv-00417-JRS-TAB |
| ) | |
| E&B PAVING, LLC, and ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS LOCAL 103, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LOCAL 103'S MOTION FOR SUMMARY JUDGMENT

Comes now one of the Defendants, International Union of Operating Engineers, Local 103 ("Local 103"), and, pursuant to Federal Rule of Civil Procedure 56 and Southern District of Indiana Local Rule 56-1, moves for summary judgment because there are no genuine issues of material fact and Local 103 is entitled to judgment as a matter of law. Pursuant to Appendix A of this Court's Practices & Procedures (ECF No. 6 at 17-19), Local 103 has attached to this motion the exhibits that are cited in its brief, as follows:

Exhibit 1- Rocchio Dep. Transcript Excerpts

Exhibit 2- Rocchio Termination Notice (Dep. Exh. 11)

Exhibit 3- Heavy Highway Agreement (Dep. Exh. 1)

Exhibit 4- Evans Dep. Transcript Excerpts

Exhibit 5- Declaration of John Ballard

Exhibit 6- Ballard Dep. Transcript Excerpts

Exhibit 7- Declaration of Corey Lodge

Exhibit 8- Lodge Dep. Transcript Excerpts

Exhibit 9- Geary Dep. Transcript Excerpts

Exhibit 10- E&B Paving Drug Free Workplace and Drug Testing Policy (Dep. Exh. 3)

Exhibit 11- Rocchio July 9, 2019, Drug Test Results (Dep. Exh. 21)

Exhibit 12- Notification of Positive Drug Test to E&B Paving (Dep. Exh. 10)

Exhibit 13- Notice of Eligibility for Work (Dep. Exh. 12)

Exhibit 14- E&B Paving Notice of Eligibility for Re-Hire to Local 103 (Dep. Exh. 4)

Exhibit 15- Middaugh Dep. Transcript Excerpts

Exhibit 16- Rocchio Grievance and Attachments (Dep. Exh. 15)

Exhibit 17- Rocchio Hiring Hall Registration and Dispatch History (Dep. Exh. 27)

Exhibit 18- Split Sample Results (Dep. Exh. 23)

    Respectfully submitted,

    */s/ David T. Vlink*
    David T. Vlink
    Attorney for Local 103

VLINK LAW FIRM LLC
445 N. Pennsylvania St., Ste. 425
Indianapolis, IN 46204
Phone: (317) 353-9363
E-mail: DVlink@fdgtlaborlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed via the Court's electronic case filing system on this 5th day of March 2021. Copies will be served via email on the following attorneys of record by operation of the Court's electronic filing system:

Kathleen A. DeLaney
kathleen@delaneylaw.net

Christopher S. Stake
cstake@delaneylaw.net

Ryan M. Poor
Ryan.Poor@IceMiller.com

Kayla M. Ernst
Kayla.Ernst@IceMiller.com

                                        */s/ David T. Vlink*
                                        David T. Vlink