UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN A. ROCCHIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00417-JRS-TAB |
| | ) | |
| E&B PAVING, LLC, | ) | |
| INTERNATIONAL UNION OF | ) | |
| OPERATING ENGINEERS LOCAL 103, | ) | |
| | ) | |
| Defendants. | ) | |

### Judgment

All claims by Plaintiff against Defendants E&B Paving, LLC, and International Union of Operating Engineers Local 103 are **dismissed with prejudice**. Plaintiff shall take nothing by way of his complaint and this action is dismissed. This is a final judgment under Fed. R. Civ. P. 58. The case is closed.

Date: _____3/31/2022_____

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record.